DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VEGORY DULIX** and **ERDINE DULIX,**
Appellants,

v.

**PEMBROKE FALLS HOMEOWNERS ASSOCIATION, INC.,** a Florida
corporation,
Appellee.

No. 4D17-651

[November 22, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE16-001714 (05).

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Diane J. Zelmer and Awilda Esteras of Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***